# THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON,

               Respondent,

         v.

KERVIN DANIEL,

               Appellant.

No. 76915-4-I

UNPUBLISHED OPINION

FILED: MAR 1 2 2018

PER CURIAM — Kevin Daniel appeals the financial obligations imposed following his conviction for felony violation of a court order. He contends, and the State concedes, that the trial court erred in failing to determine, and defense counsel was ineffective for failing to raise, whether his mental health condition adversely affected his ability to pay the $100 DNA fee. RCW 9.94A.777(1). We accept the State's concession.

Remanded solely to determine Daniel's ability to pay the DNA fee under RCW 9.94A.777(1).

FOR THE COURT:

Cox, J.